UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Curtis J. Gray,                                        Case No. 3:21-cv-125

           Plaintiff,

     v.                                                     JUDGMENT ENTRY

Nachurs Alpine Solutions, LLC,

           Defendant.

       For the reasons stated in the Memorandum Opinion and Order filed concurrently, I grant NAS's partial motion to dismiss as to: Counts 1 and 2, to the extent those Counts seek to state claims under 15 U.S.C. § 1681d and 15 U.S.C. § 1681m; and Count 3 for invasion of privacy. I deny NAS's partial motion to dismiss as to Count 5. (Doc. No. 11). Further, NAS's first partial motion to dismiss is denied without prejudice as moot. (Doc. No. 8).

                                                                 s/ Jeffrey J. Helmick
                                                                 United States District Judge