UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Curtis J. Gray,                                           Case No. 3:21-cv-125

              Plaintiff,

    v.                                                   JUDGMENT ENTRY

Nachurs Alpine Solutions, LLC,

              Defendant.

For the reasons stated in the Memorandum Opinion and Order filed concurrently, I grant NAS's partial motion to dismiss under Rule 12(b)(1) and dismiss the claims for relief under § 1681b and § 1681d at Counts 1 and 2 without prejudice for lack of subject matter jurisdiction. (Doc. No. 25). Plaintiff's class action claims are also dismissed without prejudice because the plaintiff lacks standing. Furthermore, NAS's partial motion for judgment on the pleadings under Rule 12(c) is denied without prejudice as moot. (Doc. No. 25).

The remaining claim for relief at Counts 1 and 2 under § 1681m, and the common law invasion of privacy claim at Count 3, were previously dismissed on March 31, 2022. (Doc. No. 15). Accordingly, the only remaining active claims are those asserting individual race discrimination at Counts 4-6 of the second amended complaint.

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge