# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CURTIS GRAY,**

        Plaintiff,

   v.

**NACHURS ALPINE SOLUTIONS, LLC,**

        Defendant.

Case No. 3:21-cv-00125-JJH

Judge Jeffrey J. Helmick

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 29th day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ *Jason E. Starling* | /s/ *John W. Hofstetter (with written permission)* |
| Jason E. Starling (0082619) | Chad J. Kaldor (0079957) |
| WILLIS SPANGLER STARLING | LITTLER MENDELSON, P.C. |
| 4635 Trueman Boulevard, Suite 100 | 41 South High Street, Suite 3250 |
| Hilliard, OH 43026 | Columbus, OH 43215 |
| Telephone: 614.586.7915 | Telephone: 614.463.4220 |
| Facsimile: 614.586.7901 | Facsimile: 614.573.7972 |
| jstarling@willisattorneys.com | ckaldor@littler.com |
| | |
| John C. Camillus (0077435) | John W. Hofstetter (0087731) |
| LAW OFFICES OF JOHN C. CAMILLUS, LLC | LITTLER MENDELSON, P.C. |
| P.O. Box 141410 | Key Tower, 127 Public Square |
| Columbus, OH 43214 | Cleveland, OH 44114 |
| Telephone: 614.558.7254 | Telephone: 216.696.7600 |
| Facsimile: 614.559.6731 | Facsimile: 216.696.2038 |
| jcamillus@camilluslaw.com | jhofstetter@littler.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

So Ordered.

s/ *Jeffrey J. Helmick*
United States District Judge